In re: Propex Concrete Systems Corporation                                                                                                                    Case No. 08-10252
      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as A.B., a minor child, by John Doe, guardian. Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilites and Related Data..

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Propex Concrete Systems Corporation utilizes a centralized cash management system shared with Propex, Inc. As such, amounts owed by Propex Concrete Systems Corporation are paid by disbursements from centralized bank accounts maintained by Propex, Inc. and accounts payable records are comingled between the two entities. For a list of all unsecured nonpriority liabilities related to accounts payable (including Propex Inc. and Propex Concrete Systems Corporation) please see the Debtor's affiliated entity, Propex, Inc. case no. 08-10249. | | | | | | | |
| ACCOUNT NO.<br>Wells Fargo Bank, N.A., As Trustee<br>Attention Melissa Scott<br>505 Main Street<br>Fort Worth, TX 76102 | | | 12/1/2004 10% Senior Notes due 2012 | X | X | | Book value as of 1/18/08.<br>$152,028,688.52 |
| ACCOUNT NO.<br>Intercompany Note Payable to Propex, Inc. an affiliate<br>6025 Lee Hwy STE 303<br>Chattanooga, TN 37421 | | | various | | | | Book value as of 2/3/08.<br>$2,798,150.10 |
| ACCOUNT NO.<br>3M<br>PO Box 102574<br>Atlanta, GA 30368-0574 | | | | | X | | Book value as of 1/18/08.<br>$1,700.00 |
| ACCOUNT NO.<br>Jacques Lambert<br>288, Place Des Saules<br>Le Gardeur, QC  J5Z 1T9 | | | | | X | | Book value as of 2/3/08.<br>$11,000.00 |
| ACCOUNT NO.<br>Malcolm C. Macdougall<br>66 Dunctonwood Place<br>London, ON N5V 4W6 | | | | | X | | Book value as of 2/3/08.<br>$9,000.00 |
| ACCOUNT NO.<br>Lafarge West, Inc.<br>1590 West 12th Avenue<br>Denver, CO 80204 | | | | | X | | Book value as of 2/3/08.<br>$2,298.52 |
| ACCOUNT NO.<br>Port Applegates, Inc.<br>314 Main Street<br>Jennings, LA 70546 | | | | | X | | Book value as of 2/3/08.<br>$115.20 |
| | | | | | | Subtotal-> | $154,850,952.34 |
| 0 continuation sheets attached | | | | | | Totals -> | 154,850,952.34 |
| | | | (Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |